IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MOATH AL-ALWI, <br><br> Petitioner-Appellant, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Respondents-Appellees. | No. 17-5067 |

**CERTIFICATE OF COUNSEL
AS TO PARTIES, RULINGS, AND RELATED CASES**

**A. Parties and Amici.**

The petitioner-appellant is Moath Hamza Ahmed Al-Alwi, a Guantanamo Bay detainee also identified by Internment Serial Number (ISN) 28. The respondents-appellees are Donald J. Trump, in his official capacity as President of the United States of America; James Mattis, in his official capacity as Secretary of the United States Department of Defense; Rear Admiral Edward Cashman, in his official capacity as Commander of the Joint Task Force Guantanamo (JTF-GTMO); and Colonel Stephen Gabavics, in his official capacity as Commander of the Joint Detention Group, JTF-GTMO. There are no amici

**B. Rulings Under Review.**

Al-Alwi seeks review of the district court's order denying his petition for a writ of habeas corpus, in which he principally claimed that the government lacks authority

to detain him under the Authorization for Use of Military Force (AUMF), Pub. L. No. 107-40, § 2(a), 115 Stat. 224 (2001). See *Moath Hamza Ahmed Al-Alwi v. Trump*, No. 15-681 (D.D.C. Feb. 22, 2017) (Leon, J.), Dkt. No. 34.

### C. Related Cases.

This Court affirmed the district court's denial of a prior habeas petition by Al-Alwi, holding that the 2001 AUMF authorizes his detention. See *Al-Alwi v. Obama*, 653 F.3d 11 (D.C. Cir. 2011).

Counsel for appellees are not aware of any additional related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

                                            Respectfully submitted,

                                            CHAD A. READLER
                                              *Acting Assistant Attorney General*

                                            MATTHEW M. COLLETTE

                                            /s/ Sonia K. McNeil
                                            SONIA K. McNEIL
                                            (202) 616-8209
                                              *Attorneys, Appellate Staff*
                                              *Civil Division, Room 7234*
                                              *U.S. Department of Justice*
                                              *950 Pennsylvania Avenue NW*
                                              *Washington, DC  20530*

MAY 2017

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2017, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Sonia K. McNeil
Sonia K. McNeil
Counsel for Appellees